UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SCHEIBE, on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSUPPS USA, LLC, a Texas limited liability company,<br><br>Defendant. | Case No.: 3:22-cv-01784-BEN-MSB<br><br>**JUDGMENT** |

Due to Plaintiff's notice that he will not amend his complaint, the Court's dismissal of Plaintiff's complaint represents the final disposition of this action. *See* ECF Nos. 20, 22, 26. Accordingly, the Court orders Judgment to be entered against Plaintiff and in favor of Defendant, and the case to be closed.

**IT IS SO ORDERED.**

Date: October 30, 2023

_____
HON. ROGER T. BENITEZ
United States District Judge